UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JERRY RANKIN, M.D., OCTAVIO
TOBAR, M.D., LUISA ALEXANDRA
CUESTA, M.D., AND JACOBO HINCAPIE,
M.D. each on their own behalf, and on behalf of
All other current and former ship's physicians
of Celebrity Cruises, Inc., similarly situated,

      Plaintiffs,

vs.

CELEBRITY CRUISES, INC.,

      Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, CELEBRITY CRUISES, INC., by and through its undersigned counsel, hereby files this, its Notice of Removal, pursuant to 28 U.S.C. §1441, et. seq., and respectfully states as follows:

1. On June 17, 2011, Plaintiffs, Jerry Rankin, M.D., Octavio Tobar, M.D., Luisa Alexandra Cuesta, M.D. and Jacobo Hincapie, M.D., each on their own behalf, and on behalf of all other current and former ship's physicians of Celebrity Cruises, Inc., similarly situated, filed a Class Action Complaint against Celebrity in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 11-18732 CA 25. A copy of the

Complaint and all other pleadings, process, and orders-in this case are attached hereto as Exhibit "A" pursuant to 28 U.S.C. §1446(a).

2. In the Complaint, Plaintiffs allege that Celebrity failed to pay them "the full amount of their wages." *See* Complaint, ¶ 36.

3. Specifically, Plaintiffs allege four counts against Celebrity: Breach of Contract (Count I); Wages and Penalties for Unpaid Medical Leave 46 U.S.C.A. § 10313 (Count II); Improper Deduction from Wages (Count III); and Wages and Penalties for Improper Deduction from Wages 46 U.S.C.A. § 10313 (Count IV).[1] *See* Complaint.

4. Removal is proper because this Court has original federal question jurisdiction over Plaintiffs' counts II, III and IV as claims brought under the laws of the United States, and supplemental jurisdiction over count I. *See* 28 U.S.C. § 1441(b); *see also* 28 U.S.C. § 1446.

5. Accordingly, this Court has jurisdiction over this action, and this case should be removed to the Southern District of Florida.

---

[1] Plaintiffs previously filed these claims before this Court, Case Number 09-CIV-22793 SEITZ/O'SULLIVAN, entitled Jerry Rankin, M.D., Luisa Alexandra Cuesta, M.D., and Jacobo Hincapie, M.D., each on their own behalf and on behalf of all other current and former ship's physicians of Celebrity Cruises, Inc., similarly situated. The district court dismissed these claims with prejudice, finding that "Plaintiffs are not entitled to the protections of the Seaman's Wage Act, as a matter of law, [and] cannot state claims under that statute." [D.E. 65]. On June 17, 2011, Plaintiffs appealed from that dismissal to the Eleventh Circuit Court of Appeals. *See* Docket and Order of Dismissal attached hereto as Exhibit "B". Despite the dismissal with prejudice and the pending appeal, Plaintiffs re-alleged the same Wage Act claims in the state court complaint. Following removal, Celebrity will seek enforcement of the district order that dismissed the Wage Act claims on the merits and the breach of contract claim for lack of jurisdiction.

MASE LARA EVERSOLE

6. Celebrity files and presents herewith the sum of $350.00 as required by the Southern District of Florida Fee Schedule.

**WHEREFORE**, Defendant, Celebrity Cruises, Inc., respectfully requests that this Petition for Removal be accepted as good and sufficient as required by law, and that the aforesaid action, case number 11-18732 CA 25 on the docket of the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida, be removed from that court to the United States District Court for the Southern District of Florida, and that this Court assume full and complete jurisdiction thereof and issue all necessary orders and grant all general equitable relief to which Defendant is entitled.

Respectfully submitted,

MASE LARA EVERSOLE, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: _____
RICHARD D. LARA
Florida Bar No.: 987492
rlara@mletrial.com
VALENTINA TEJERA
Florida Bar No.: 536946
vtejera@mletrial.com

MASE LARA EVERSOLE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail on this 23rd day of June, 2011, to the following:

By: _____
Valentina M. Tejera

TONYA J. MEISTER, ESQ.
Florida Bar No. 0629243
MEISTER LAW, LLC
Courthouse Tower, Suite 750
44 West Flagler Street
Miami, FL 33130
*Attorney for Plaintiff*
TonyaJMeister@aol.com

MICHAEL F. GUILFORD, ESQ.
Florida Bar No. 516066
MICHAEL F. GUILFORD, P.A.
Courthouse Tower, Suite 750
44 West Flagler Street
Miami, FL 33130-1808
*Co-Counsel for Plaintiff*
mfguilford@crewcounsel.com

18053/Doc#342